IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40082
Summary Calendar
_____


BOBBY A. WORTH,

Plaintiff-Appellant,

versus

KEITH PRICE, ET AL.,

Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:95-CV-53
- - - - - - - - - -
May 15, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Bobby A. Worth appeals the dismissal of his 42 U.S.C. § 1983 action. Because Worth does not address the basis of the district court's dismissal of his complaint for want of prosecution pursuant to Fed. R. Civ. P. 41(b), he has abandoned the only issue before this court on appeal. See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987). Accordingly, his appeal is DISMISSED AS FRIVOLOUS. See 5th Cir. R. 42.2. Worth's motion for appointment of counsel on appeal is DENIED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Worth is cautioned that any additional frivolous appeals filed by him will invite the imposition of sanctions.  Worth is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

**APPEAL DISMISSED; SANCTION WARNING ISSUED; MOTION DENIED**